IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NOS. 3:11mj173, 174

NOS. 3:11mc43, 44, 45

| | |
|---|---|
| IN RE: APPLICATIONS FOR SEIZURE ) | ORDER TO SEAL |
| WARRANTS AND LIS PENDENS ) | |

On the government's motion to seal in the affidavits in the above-captioned files, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal the affidavits in each of these files until further order of the Court.

Signed this the 29 day of March, 2011.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE